UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUSDEY SANCHEZ BENAVIDES,<br><br>                Plaintiff,<br>   v.<br><br>UR MENDOZA JADDOU, et al.,<br><br>              Defendants. | CASE NO. C24-1834-KKE<br><br>ORDER OF DISMISSAL |

Plaintiff has notified the Court of her voluntary dismissal of this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A). Dkt. No. 3. Accordingly, this matter is DISMISSED without prejudice and the clerk is directed to administratively close this case.

Dated this 20th day of November, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1